1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10    RAMON NAVARRO LUPERCIO,

11                              Petitioner,

           v.

12

13    TULARE COUNTY SUPERIOR
      COURT,

14                              Respondent.

CASE NO. 3:23-CV-5686-JLR-DWC

REPORT AND RECOMMENDATION

Noting Date: November 10, 2023

15        The District Court has referred this action filed under 28 U.S.C. § 2254 to United States

16    Magistrate Judge David W. Christel. On July 28, 2023, Petitioner Roman Navarro Lupercio

17    initiated this case. Dkt. 1. As Petitioner has not kept the Court advised of his current address or

18    paid the filing fee, the Court recommends dismissing this action without prejudice.

19        The Clerk of Court mailed Petitioner a Notice of Filing Deficiency on July 31, 2023,

20    notifying Petitioner he had not paid the filing fee or submitted an Application to Proceed *In*

21    *Forma Pauperis* (IFP). Dkt. 2. The Clerk's Office notified Petitioner that he had to pay the filing

22    fee or file an Application to Proceed IFP on or before August 30, 2023. *Id*. The Notice of Filing

23    Deficiency was returned as undeliverable on August 10, 2023. Dkt. 3. Petitioner has not

24

REPORT AND RECOMMENDATION - 1

1    responded to the Notice of Filing Deficiency or filed any documents with the Court since he

2    initiated this lawsuit on July 28, 2023.

3           Petitioner has not kept the Court advised as to his current mailing address. He has also

4    failed to pay the filing fee or submit an Application to Proceed IFP. Accordingly, pursuant to

5    Local Rule 41(b)(2), the Court recommends dismissal of this action without prejudice for failure

6    to prosecute. Based on the foregoing, the Court also recommends a certificate of appealability be

7    denied.

8           Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have

9    fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P.

10   6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*

11   review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those

12   objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v.*

13   *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit

14   imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on

15   November 10, 2023, as noted in the caption.

16          Dated this 23rd day of October, 2023.

17

18                                        _____
                                          David W. Christel
19                                        Chief United States Magistrate Judge

20

21

22

23

24

NOTING DATE: NOVEMBER 10, 2023 - 2