UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAMON NAVARRO LUPERCIO,

                Petitioner,

    v.

TULARE COUNTY SUPERIOR COURT,

                Respondent.

CASE NO. 3:23-CV-5686-JLR-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

       The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's federal habeas Petition is dismissed without prejudice for failure to prosecute.

(3)    A certificate of appealability is not issued.

(4)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 13th day of November, 2023.

JAMES L. ROBART
United States District Judge